E-FILED
Friday, 17 March, 2023  02:18:09 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

)
)
)
Plaintiff,  )

David STRUCK SR.

v.  )
)
)
REBECCA BRYANT  )
DOREEN STRUCK  )
TERRY SPIVEY  )
CHRISTINE BRYANT  )
RaEgan DaIE
DUSTIN STRODE

Defendant(s).  )

Case No. 23-2059

**FILED**

MAR 1 7 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.     JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.     PARTIES

**Plaintiff:**   David STRUCK SR,

A.     Plaintiff, a citizen of ___ILLINOIS___ (state), who resides at ___601 SW ADAMS PEORIA IL 61601___, alleges that

his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.     Defendant___REBECCA BRYANT___is employed as a
(a) (Name of First Defendant)
ON SOCIAL SECURITY - 1869 E. MAIN STREET
(b) (Position/Title)
with___DECATUR IL, 62521___.
(c) (Employer's Name and Address)

1

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

IGNORED MEDICAL ATTENTION, MISUSE OF MY FUNDS, THREATS AND INTEMIDATION

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.    Defendant ___DOREEN STRUCK___ is employed as a
(a) (Name of Second Defendant)

___ICS ↖ INTERNATERAL CONTROL SYSTEMS___
(b) (Position/Title)

with___606 W IMBODEN DR, DECATUR IL 62521.___
(c) (Employer's Name and Address)

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

IGNORED MEDICAL ATTENTION, MISUSE OF MY FUNDS THREATS AND INTEMIDGTION

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D.   Defendant _TERRY SPIVEY_ is employed as a
_ICS - INTERNATERAL CONTROL SYSTEM_
(a) (Name of Third Defendant)
(b) (Position/Title)
with _606 W IMBODEN DR DECATUR IL 62521_.
(c) ) (Employer's Name and Address)

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:
IGNORED MEDICAL ATTENTION, MISUSE OF MY FUNDS TREATS AND INTEMIDATION

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

CHRISTIN BRYANT - 1869 E MAIN STREET DECATUR IL 62521

RAEANN DALE - 1869 E MAIN STREET DECATUR IL 62521

DUSTIN STRODE - ORLANDO APARTMENTS - APT # 407
156 S WATER STREET DECATUR IL 62521

• ALL IGNORED MEDICAL ATTENTION, MISUSE OF MY FUNDS THREAT AND INTEMIDATION

## III. PREVIOUS LAWSUITS

A.      Have you begun any other lawsuits in federal court? Yes
☐          ☑ No

B.      If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.      Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2.      Date of Filing:

3.      Case Number:

4.      Jurisdiction/Court:

5.      Name of Judge:

6.      Issues Raised:

7.      Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?):

8.      Date of Final Disposition:

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1.  On or about _JUNE 2021_ (month,day,year), at approximately _____

☐ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) ~~_____~~ _DECATUR    ILLINOIS_____, in the County of _MACON COUNTY_____, in the State of Illinois, at

_____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐    searched plaintiff or his property without a warrant and without reasonable cause;

☐    used excessive force upon plaintiff;

☐    failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☑    failed to provide plaintiff with necessary medical care;

☑    conspired together to violate one or more of plaintiff's civil rights;

☐    other *(please explain)*: _____

_____

_____

2.  Plaintiff was charged with one or more crimes, specifically:

_____

_____

3.  The criminal proceedings *(check the box that applies)*:

☐    are still pending.
☐    were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐    resulted in a finding of guilty on one or more of the charges.
☐    other:_____

_____

_____

5

4. Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

ON OR ABOUT JUNE 2021 DOREEN STRUCK (MY WIFE than) HER SON CAMERON McKINNEY AND MYSELF David STRUCK SR. - I HAD SUFFERED 2 HEART ATTACKS & MASSIVE STROKE JUST PRIOR - DUE TO THIS WE FOUND OURSELF HOMELESS - SHE MY WIFE TOOK US FROM BURLINGTON IOWA TO DECATUR ILLINOIS WHERE HER SIDE OF FAMILY lives AND THAN lATER TO PEORIA ILLINOIS AND THAN BACK TO DECATUR ILLINOIS — INSTEAD OF ADEQUATE HOUSING AND MEDICAL ATTENTION MY MONEY GOT SPENT ON DRUGS AND HOTELS WHEN EVER I TRIED TO DISCUSS THIS OR OTHER RELATED ISSUES I WAS THREATS OR INTEMIDATIONS - HER SIDE OF FAMILY ARE (VERIFIED GANG MEMBERS) I AM CURRENTLY IN PEORIA MISSION 601 S W ADAMS PEORIA, IL 61601

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.  YES

6. As a result of Defendant's conduct, plaintiff was injured as follows:

MY HEALTH IS WORST MY MONEY IS GONE AND IM STILL HOMELESS - (BE 2YRS SINCE JUNE 2021)

7. Plaintiff asks that this case be tried by a jury.  ☑ Yes    ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ _1,000,000.00_ to compensate for *(check all that apply)*:

   ☑ bodily harm
   ☑ emotional harm
   ☑ pain and suffering
   ☐ loss of income
   ☑ loss of enjoyment of life
   ☐ property damage

2. Punitive Damages:     ☑ Yes     ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988. _$ 250,000.00_

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: _03-17-2023_

Signature of Plaintiff: _____ SR.

Plaintiff's Name *(print clearly or type)*: _David STRUCK SR_

Mailing Address: _601  S  W  ADAMS_

City: _PEORIA_     State: _IL_     Zip: _61601_

Plaintiff's Telephone Number: (     ) _No PHONE AT THIS TIME_

7